UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS C. OLIVER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:03CV722  RWS |
| | ) | |
| LARRY ROWLEY, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the petition for writ of habeas corpus filed by Petitioner Curtis

C. Oliver.  I referred this matter to United States Magistrate Judge David D. Noce for a report

and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b).  On November

17, 2005, Judge Noce filed his recommendation that Oliver's habeas petition should be denied.

Objections to Judge Noce's Report and Recommendation were due to be filed by

November 28, 2005.  As of the date of this order, Oliver has not filed any objection to the Report

and Recommendation.  After careful consideration, I will adopt and sustain the thorough

reasoning of Judge Noce and I will deny Stevenson's habeas petition for the reasons stated in the

Report and Recommendation dated November 17, 2005.

I have also considered whether to issue a certificate of appealability.  To grant a certificate

of appealability, the Court must find a substantial showing of the denial of a federal constitutional

right.  See Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir. 1997).  A substantial showing is a

showing that issues are debatable among reasonable jurists, a Court could resolve the issues

differently, or the issues deserve further proceedings.  Cox v. Norris, 133 F.3d 565, 569 (8th Cir.

1997) (citing <u>Flieger v. Delo</u>, 16 F.3d 878, 882-83 (8th Cir. 1994).  Because Petitioner has not made such a showing in this case, I will not issue a certificate of appealability.      Accordingly,

**IT IS HEREBY ORDERED** that Judge Noce's Report and Recommendation filed on November 17, 2005 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner Curtis C. Oliver's Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

 

 

 

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of March, 2006.